IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CLYDE D. VARNARDO, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIV-05-295-C ) |
| DONALD H. RUMSFELD, SECRETARY, DEPARTMENT OF DEFENSE, | ) ) ) |
| Defendant. | ) |

JUDGMENT OF DISMISSAL

Upon consideration of the Defendant's Motion to Dismiss, and the Court's Order filed this date,

IT IS ORDERED, ADJUDGED AND DECREED that the this case be and the same is hereby dismissed without prejudice.

DATED this 21st day of December, 2005.

_____
ROBIN J. CAUTHRON
United States District Judge